CONTAINS NONPUBLIC DIGITAL INFORMATION

# EXHIBIT B

## MAINE JUDICIAL BRANCH

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of M. R. Civ. P. 11.

**I.    COUNTY OF FILING OR DISTRICT COURT JURISDICTION** *("X" the appropriate box and enter the County or location)*
- ☒ Superior Court County: __Aroostook (Caribou)__
- ☐ District Court Location (city/town): _____

**II.    NATURE OF THE FILING**
- ☒ Initial Complaint
- ☐ Third-Party Complaint
- ☐ Cross-Claim or Counterclaim
- ☐ Reinstated or Reopened case

Docket No.: _____

*If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.)*

| |
|---|
| **Initial Complaint**: A complaint filed as an original proceeding. A filing fee is required. |
| **Third-Party Complaint:** An original defendant's action against a third party that was not part of the original proceeding. A filing fee is required. |
| **Cross-Claim:** An original defendant's claim against another original defendant. No additional fee is required. |
| **Counterclaim**: An original defendant's claim against an opposing party. No additional fee is required. |
| **Reinstated or Reopened Case:** Money Judgment Disclosures or post-judgment motions. |

**III.    ☒   REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED**

**IV.    MOST DEFINITIVE NATURE OF ACTION**
*("X" in ONE box. If the case fits more than one nature of action, select the one that best describes the cause of action.)*

GENERAL CIVIL
**Constitutional/Civil Rights**
- ☐ Constitutional/Civil Rights

**Contract**
- ☐ Debt Collection brought by a debt collector as defined by 32 M.R.S. § 11002 *(Contract Case Cover Sheet (CV-261) must be attached)*
- ☐ Other Contract *(Contract Case Cover Sheet (CV-261) must be attached)*

**Declaratory/Equitable Relief**
- ☒ Declaratory Judgment
- ☐ General Injunctive Relief
- ☐ Other Equitable Relief

**Non-Personal Injury Torts**
- ☐ Auto Negligence
- ☐ Libel/Defamation
- ☐ Other Negligence
- ☐ Other Non-Personal Injury Tort

**Personal Injury Torts**
- ☐ Assault/Battery
- ☐ Auto Negligence
- ☐ Domestic Tort
- ☐ Medical Malpractice
- ☐ Other Negligence
- ☐ Other Personal Injury Tort
- ☐ Product Liability
- ☐ Property Negligence

Statutory Actions
- ☐ Freedom of Access
- ☐ Other Statutory Action
- ☐ Unfair Trade Practice

**Miscellaneous Civil**
- ☐ Administrative Warrant
- ☐ Appointment of Receiver
- ☐ Arbitration Awards
- ☐ Common Law Habeas Corpus
- ☐ Drug Forfeiture
- ☐ Foreign Deposition
- ☐ Foreign Judgments
- ☐ HIV Testing
- ☐ Land Use Enforcement (80K)
- ☐ Minor Settlements
- ☐ Other Civil
- ☐ Other Forfeiture/Property Libel
- ☐ Pre-Action Discovery
- ☐ Prisoners Transfers
- ☐ Shareholders' Derivative Action

APPEALS (ADR EXEMPT)
- ☐ Administrative Agency (80C)
- ☐ Governmental Body (80B)
- ☐ Other Appeal

REAL ESTATE
**Foreclosures**
- ☐ Foreclosure (ADR exempt)
- ☐ Foreclosure (Diversion eligible)
- ☐ Foreclosure (Other)

**Title Actions**
- ☐ Boundary
- ☐ Easement
- ☐ Eminent Domain
- ☐ Quiet Title

**Miscellaneous Real Estate**
- ☐ Abandoned Road
- ☐ Adverse Possession
- ☐ Equitable Remedy
- ☐ Mechanics Lien
- ☐ Nuisance
- ☐ Other Real Estate
- ☐ Partition
- ☐ Trespass

CHILD PROTECTIVE CUSTODY
- ☐ Non-DHHS Protective Custody

SPECIAL ACTIONS
- ☐ Money Judgment Disclosure

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

**V.    M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because (*"X" one box below*):

☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).

☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.

☐ The parties have participated in a statutory pre-litigation screening panel process with (*name of panel chair*) _____ that concluded on (*date of panel finding - mm/dd/yyyy*) _____.

☐ The parties have participated in a formal ADR process with (*name of neutral*) _____ on (*date – mm/dd/yyyy*) _____.

☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.

☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).

☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

**VI.    PARTY AND ATTORNEY CONTACT INFORMATION**

*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**

*("X" the box below to indicate the party type associated with the filing)*

☒ Plaintiff(s)
☐ Third-Party Plaintiff(s)
☐ Counterclaim Plaintiff(s)
☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Joseph P. Kelly
Mailing address (*include county*): 314 Walker Brook Road   (Aroostook)
Allagash, ME  04774
Telephone: 207-398-9030
Email: northshorelogging@gmail.com

Name (*first, middle initial, last*): Manda L. Kelly
Mailing address (*include county*): 314 Walker Brook Road  (Aroostook)
Allagash, ME  04774
Telephone: (207) 231-2566
Email:

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: John E. Baldacci, Jr.   (Bar No. 5773)
Firm name: Steve Smith Trial Lawyers
Mailing Address: 191 Water Street
Augusta, ME  04330
Telephone: (207) 622-3711
Email: jack@americantrialgroup.com

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

**V.    M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because *("X" one box below):*

    ☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).

    ☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.

    ☐ The parties have participated in a statutory pre-litigation screening panel process with *(name of panel chair)* _____ that concluded on *(date of panel finding - mm/dd/yyyy)* _____.

    ☐ The parties have participated in a formal ADR process with *(name of neutral)* _____ on *(date – mm/dd/yyyy)* _____.

    ☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.

    ☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).

    ☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

**VI.    PARTY AND ATTORNEY CONTACT INFORMATION**

*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**

*("X" the box below to indicate the party type associated with the filing)*

☒ Plaintiff(s)
☐ Third-Party Plaintiff(s)
☐ Counterclaim Plaintiff(s)
☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name *(first, middle initial, last)*: Cara Merrill
Mailing address *(include county)*: 53 Cedar Lane     (Aroostook)
Winterville, ME 04739
Telephone: 207-322-9118
Email: _____

Name *(first, middle initial, last)*: _____
Mailing address *(include county)*: _____
Telephone: _____
Email: _____

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: John E. Baldacci, Jr.   (Bar No. 5773)
Firm name: Steve Smith Trial Lawyers
Mailing Address: 191 Water Street
Augusta, ME  04330
Telephone: (207) 622-3711
Email: jack@americantrialgroup.com

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

# MAINE JUDICIAL BRANCH

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

## (c) DEFENDANT(S)

*("X" the box below to indicate the party type associated with the filing)*

☒ Defendant(s)

☐ Third-Party Defendant(s)

☐ Counterclaim Defendant(s)

☐ Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name *(first, middle initial, last)*: Allagash Timberlands LP

Mailing address *(include county)*: 300 Union Street

St. John, NB, Canada E2L 4Z2

Telephone: _____

Email: _____

Name *(first, middle initial, last)*: _____

Mailing address *(include county)*: _____

_____

Telephone: _____

Email: _____

## (d) ATTORNEY(S) FOR DEFENDANT(S)

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

### (e) PARTIES IN INTEREST

Name (*first, middle initial, last*): _____

Mailing address (*include county*): _____

_____

Telephone: _____

Email: _____

Name (*first, middle initial, last*): _____

Mailing address (*include county*): _____

Telephone: _____

Email: _____

### (f) ATTORNEY(S)

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL parties in interest, specify which parties in interest the listed attorney(s) represents.*

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

**VII.    RELATED CASE(S) IF ANY**

Case name: _____

Docket Number: _____

Assigned Judge/Justice: _____

Date (*mm/dd/yyyy*):    02/19/2026

▶  /s/ John E. Baldacci, Jr.

Signature of Plaintiff or Lead Attorney of Record

John E. Baldacci, Jr., Esquire

Printed Name of Plaintiff or Attorney

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION    **MAINE JUDICIAL BRANCH**

*Complete the caption that applies to your case:*

☐ Joseph P. Kelly et al _____ Plaintiff/Petitioner

V.

Allagash Timberlands LP _____ Defendant/Respondent

_____ Other Party

*"X" the court for filing:*

☒ Superior Court ☐ District Court
☐ Unified Criminal Docket
☐ Supreme Judicial Court

County: Aroostook _____

Location (Town): Caribou _____

Docket No.: TBD _____

**OR**

☐ IN RE: _____

## NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure, and Rule 49(d) of the Maine Rules of Unified Criminal Procedure.

**OPT IN**: *If you do not have an attorney,* papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to allow other parties to serve you by sending documents electronically to your designated email address.

---

**PLEASE NOTE:  Any electronic service that you opt into applies only to papers served on you by other parties.** It does not apply to documents that are sent to you by the court or documents that you file with the court.

**Even if you opt in to allow service by email, you can only send documents to the other parties by email if (1) they also opt in by completing this form, and (2) you can scan and create .pdf files of documents.**

---

<u>If you choose not to opt in, you do not need to do anything</u>. If you would like to receive papers electronically, you must meet the requirements set forth below. Check the appropriate box(es), sign, and mail or email the form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ **Electronic Receipt**: I choose to OPT IN to allow other parties to email me documents in this case. I have reviewed and meet all of the following electronic receipt requirements:

☐ I have a trusted email account and I have daily access to this account;

☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;

☐ This email account has available electronic storage of at least 1 gigabyte;

☐ This email account accepts emails with attachments of up to 10 megabytes; and

☐ I will be able to maintain this email account throughout this case.

Date (*mm/dd/yyyy*): _____

► _____

Signature of Self-Represented Party
*(You do not have to print and sign this form. Typing your name above after /s/ will be accepted as an electronic signature.)*

Print name: _____

Print email address: _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

---