CONTAINS NONPUBLIC DIGITAL INFORMATION

EXHIBIT C

## MAINE JUDICIAL BRANCH

Joseph P. Kelly, Manda L. Kelly, and Cora L. Merrill **Plaintiff**

V.

Allagash Timberlands LP **Defendant**

C/o CT Corporation System **Address**
3 Chase Avenue
Augusta ME 04330

*"X" the court for filing:*

[X] Superior Court [ ] District Court

County: Aroostook

Location (Town): Caribou

Docket No.: _____

## SUMMONS
### M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the [ ] District [X] Superior Court, which holds sessions at (*street address*) 144 Sweden Street , in the Town/City of Caribou , County of Aroostook , Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of [ ] District [X] Superior Court,

144 Sweden Street , Caribou , Maine 04736
(*Mailing Address*)             (*Town, City*)             (*Zip*)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

---

**IMPORTANT WARNING**: **If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint.** If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

---

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (*mm/dd/yyyy*): 02/19/2026

John E. Baldacci Jr. Esq. ([X] Attorney for) Plaintiff

5773
Bar # (if applicable)

191 Water Street
Address

Augusta ME 04330

207-622-3711
Telephone/Email
jack@americantrialgroup.com

(Seal of Court)

*Tamara M. Rueda*

▶ _____
Clerk

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.

**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

---

CV-030, Rev. 07/18
Summons

Page 1 of 2

Harry McKenney
Chief Civil Deputy
Kennebec County
Sheriff's Office
2-26-26

www.courts.maine.gov

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

### STATE OF MAINE

_____ County

On (date) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:

_____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (name) _____, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____

_____

_____

Date (mm/dd/yyyy): _____    ▶ _____

                                            Deputy Sheriff Signature

                                         _____

                                            Printed Name

**Costs of Service:**                    _____

                                            Agency

Service:      $ _____
Travel:       $ _____
Postage:      $ _____
Other:        $ _____

**Total**      $ _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.