EXHIBIT D

STATE OF MAINE                                          SUPERIOR COURT
AROOSTOOK, ss                                          LOCATION: CARIBOU
                                                       CIVIL ACTION
                                                       DOCKET NO.

JOSEPH P. KELLY, MANDA L. KELLY, and
CARA L. MERRILL,

                        Plaintiffs,                    **CONSENTED-TO MOTION FOR
                                                       ENLARGEMENT OF TIME TO ANSWER
        v.                                             COMPLAINT**

ALLAGASH TIMBERLANDS, LP,

                        Defendant.

Pursuant to Rule 6(b) of the Maine Rules of Civil Procedure, Defendant Allagash Timberlands, LP ("Allagash") moves to extend its time to answer or otherwise respond to Plaintiffs' Complaint to April 17, 2026. In support of this Motion, Allagash states as follows:

1.      Allagash was served with Plaintiffs' Complaint on February 26, 2026, making its current answer deadline March 18, 2026.

2.      This Motion is therefore made before Allagash's original time to respond.

3.      Allagash requires additional time to review the complaint and prepare its defenses.

4.      The requested extension will not prejudice any party to this case.

5.      Allagash has conferred with counsel for Plaintiffs, who has indicated his consent to the requested extension.

WHEREFORE, Allagash respectfully requests that the Court grant the instant motion and enlarge the time within which Allagash may file its response to Plaintiff's Complaint to April 17, 2026.

#19232021v1

DATED:  March 12, 2026

/s/ Nolan L. Reichl
Nolan L. Reichl, Esq. Bar No. 004874
Julia B. MacDonald, Esq. Bar No. 006587
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
207-791-1100
nreichl@pierceatwood.com
jmacdonald@pierceatwood.com

*Attorneys for Defendant Allagash Timberlands, LP*

#19232021v1