# EXHIBIT E

STATE OF MAINE
AROOSTOOK, ss

SUPERIOR COURT
LOCATION: CARIBOU
CIVIL ACTION
DOCKET NO.

JOSEPH P. KELLY, MANDA L. KELLY, and CARA L. MERRILL,

                 Plaintiffs,

    v.

ALLAGASH TIMBERLANDS, LP,

                 Defendant.

**[PROPOSED] ORDER**

Upon consideration of Defendant Allagash Timberlands, LP ("Allagash") Consented-To Motion for Enlargement of Time to Answer Complaint, for the reasons set forth in that motion, and upon the entire record before the Court:

1. Allagash's Consented-To Motion for Enlargement of Time to Answer Complaint is GRANTED.

2. Allagash may file its response to Plaintiffs' Complaint on or by April 17, 2026.

DATED: _____

_____
JUSTICE, MAINE SUPERIOR COURT