CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**                    EXHIBIT F

| | | |
|---|---|---|
| Joseph P. Kelly, et al. | Plaintiff | *"X" the court for filing:* |
| | | ☒ Superior Court ☐ District Court |
| V. | | ☐ Unified Criminal Docket |
| | | County: AROOSTOOK |
| Allagash Timberlands, LP | Defendant | Location (Town): CARIBOU |
| | Other Party (if any) | Docket No. |

**ENTRY OF APPEARANCE**

☒ The Clerk will please enter my appearance **as counsel** for ☐ plaintiff ☒ defendant ☐ other party, (*print party's name*) Allagash Timberlands, LP

**OR**

☐ The Clerk will please enter my appearance **as a self-represented** ☐ plaintiff ☐ defendant ☐ other party, (*print your name*) _____

Date (*mm/dd/yyyy*): 3/12/2026          ▶ /s/ Nolan L. Reichl
                                                              Signature

Name: Nolan L. Reichl
Bar Number: 004874
Address: Pierce Atwood LLP
254 Commercial Street
Portland, ME 04101
Telephone: 207-791-1100
Email: nreichl@pierceatwood.com

**PLEASE NOTE:** This Appearance should be signed by a member of the Bar of Maine or by the party if appearing pro se, filed with the Clerk and a copy served upon each of the parties.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.