EXHIBIT H

STATE OF MAINE
AROOSTOOK, ss

SUPERIOR COURT
LOCATION: CARIBOU
CIVIL ACTION
DOCKET NO. *CARSC-CV-2026-013*

JOSEPH P. KELLY, MANDA L. KELLY, and
CARA L. MERRILL,

                    Plaintiffs,

   v.

ALLAGASH TIMBERLANDS, LP,

                    Defendant.

**[PROPOSED] ORDER**

Upon consideration of Defendant Allagash Timberlands, LP ("Allagash") Consented-To Motion for Enlargement of Time to Answer Complaint, for the reasons set forth in that motion, and upon the entire record before the Court:

1. Allagash's Consented-To Motion for Enlargement of Time to Answer Complaint is GRANTED.

2. Allagash may file its response to Plaintiffs' Complaint on or by April 17, 2026.

DATED: _____03/16/2026_____

_____
JUSTICE, MAINE SUPERIOR COURT

#19232021v1

STATE OF MAINE
**CARIBOU COURTS**
144 SWEDEN STREET
CARIBOU, MAINE 04736-2399

EASTERN MAINE O44

17 MAR 2026AM 2 L



US POSTAGE PITNEY BOWES

ZIP 04736
02 7H
0006089421

$ 000.74⁰

MAR 16 2026

NOLAN REICHL, ESQ.
PIERCE ATWOOD, LLP
254 COMMERCIAL STREET
PORTLAND, ME 04101

MAR 20 2026

04101-111099